UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS GLAZE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:05-cv-1546-DFH-WTL ) |
| SYSCO CORPORATION, AETNA LIFE INSURANCE COMPANY and SYSCO CORPORATION GROUP BENEFIT PLAN, | ) ) ) ) |
| Defendants. | ) ) |

FINAL JUDGMENT

The court has issued today its entry on the parties' cross-motions for summary judgment granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Dennis Glaze take nothing by his complaint against defendants Sysco Corporation, Aetna Life Insurance Company and Sysco Corporation Group Benefit Plan, and that plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

Date: June 11, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk
Copies to:

Philip John Gutwein II
BAKER & DANIELS
philip.gutwein@bakerd.com

Byron K. Mason
BAKER & DANIELS
bkmason@bakerd.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com